# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| **ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED, CRAFTWORKERS, AFL-CIO,** | FILED: JULY 3, 2008<br>08CV3833<br>JUDGE MANNING<br>MAGISTRATE JUDGE SCHENKIER<br>JH |
| **Plaintiff,** | |
| **v.** | |
| **JULIAN MASONRY CORP., TITAN MASONRY, INC.; JULIAN BORCZYK, and MALGORZATA GOSCIMINSKA,** | |
| **Defendants.** | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Illinois District Council No. 1 of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO.

| | |
|---|---|
| SIGNATURE | //s// Barry M. Bennett |
| FIRM | Dowd, Bloch & Bennett |
| STREET ADDRESS | 8 S. Michigan Avenue, 19th Floor |
| CITY/STATE/ZIP | Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0619 4493 | (312) 372-1361 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐