# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED ,CRAFTWORKERS, AFL-CIO,<br><br>                              Plaintiff,<br>v.<br>JULIAN MASONRY CORP., TITAN MASONRY, INC.; JULIAN BORCZYK, and MALGORZATA GOSCIMINSKA,<br><br>                              Defendants. | FILED: JULY 3, 2008<br>08CV3833<br>JUDGE MANNING<br>MAGISTRATE JUDGE SCHENKIER<br>JH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Illinois District Council No. 1 of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO

| SIGNATURE | //s// Steven W. Jados | |
|---|---|---|
| FIRM | Dowd, Bloch & Bennett | |
| STREET ADDRESS | 8 S. Michigan Avenue, 19th Floor | |
| CITY/STATE/ZIP | Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     0628 9821 | TELEPHONE NUMBER (312) 372-1361 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO ☒ | | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐     NO ☒ | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒ NO ☐ | | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐ NO ☒ | | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | | |