# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

| | |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> JULIAN MASONRY CORP., TITAN MASONRY, INC.; JULIAN BORCZYK, and MALGORZATA GOSCIMINSKA, <br><br> Defendants. | Docket Number: 08 CV 3833 <br><br> Assigned Judge: JUDGE DER-YEGHIAYAN <br><br> Designated Magistrate Judge: MAGISTRATE JUDGE COX |

TO: (Name and address of defendant)

> Julian Masonry Corp.
> c/o Julian Borczyk, Registered Agent
> 1819 Oakwood Rd.
> Northbrook, IL 60062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Barry M. Bennett
> Dowd, Bloch & Bennett
> 8 South Michigan Avenue, 19th Floor
> Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Jacqueline Halleman*
(By) DEPUTY CLERK

July 7, 2008
Date

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 7-12-08 |
| NAME OF SERVER (PRINT) Robert Brady | TITLE Investigator |

Check one box below to indicate appropriate method of service

[_] Served personally upon the defendant. Place where served: _____

[_] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[_] Returned unexecuted: _____

[X] Other (specify): via its agent Julian Masonry Corp c/o Julian Barczyk

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | 65.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-14-08
Date

Signature of Server

13246 S. Rte 59 ste 218
Address of Server

Plainfield IL 60585

13309

In the United States District Court

For the Northern District of Illinois, Eastern Division

CASE NAME.: Illinois District Council No. 1 of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO vs. Julian Masonry Corp., Titan Masonry, Inc. Julian Borczyk and Malgorzata Gosciminska

CASE NUMBER: 08 CV 3833

## AFFIDAVIT OF PROCESS SERVER

I, **Robert Brady**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Serving & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Serving & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **Julian Masonry Corp. c/o its Registered Agent Julian Borczyk** at his/her usual place of abode located at **1819 Oakwood Road, Northbrook, IL 60062** on **07/12/2008** at **10:40 AM**. Description: **Sex: Male – Age: 47 – Skin: White – Hair: Gray – Height: 6.0 – Weight: 220**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Robert Brady

Subscribed and Sworn to before me on this ___ day of _____, 20__.

_____ Notary Public

"OFFICIAL SEAL"
Melanie Broderick
Notary Public, State of Illinois
My Commission Exp. 03/02/2009

13309