**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO ) ) ) ) | |
| Plaintiffs, ) ) | Judge Manning |
| ) | Magistrate Judge Schenkier |
| v. ) ) | |
| ) | 08 CV 3833 |
| JULIAN MASONRY CORP., TITAN MASONRY, INC., JULIAN BORCZYK, and MALGORZATA GOSCIMINSKA ) ) ) ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

To:  Barry M. Bennett
     Steven W. Jados
     Dowd, Bloch & Bennett
     8 S. Michigan Ave., Suite 1900
     Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 31st day of July, 2008 at 11:00a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Manning in Courtroom 2125 or any other judge as may be holding court in her absence in the courtroom usually occupied by her at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached *Defendant's Motion to Extend the Deadline to Answer or Otherwise Plead to Plaintiff's Complaint and to Reset the Status Hearing.*

By:  /s/ Joseph P. Berglund

One of the Defendants' Attorneys

Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
(630) 990-0234

**CERTIFICATE OF SERVICE**

      I, the undersigned, declare under penalty of perjury under the laws of the United States of America that I served copies of this NOTICE OF MOTION and attached MOTION upon the individuals set forth above pursuant to ECF as to filing users on this 28$^h$ day of July, 2008.

                                              s/ Joseph P. Berglund

Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
(630) 990-0234

J:\C-Drive\WPDOCS\JULIAN MASONRY\Notice of Motion - Extension of Time 7 28 08.wpd