IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO ) ) ) ) Plaintiffs, ) ) v. ) ) ) JULIAN MASONRY CORP., TITAN MASONRY, INC., JULIAN BORCZYK, and MALGORZATA GOSCIMINSKA ) ) ) ) ) Defendant. ) | Judge Manning<br>Magistrate Judge Schenkier<br><br>08 CV 3833 |

### MOTION TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT AND TO RESET THE STATUS HEARING

NOW COME the Defendants, JULIAN MASONRY CORP., TITAN MASONRY, INC., JULIAN BORCZYK, and MALGORZATA GOSCIMINSKA (collectively referred to as "DEFENDANTS"), and for their Motion to Extend the Deadline to Answer or Otherwise Plead to Plaintiff's Complaint from August 1, 2008 to August 15, 2008 and to Reset the August 18, 2008 Status Hearing to August 21, 2008 states as follows:

1. On July 28, 2008, the undersigned was retained by the Defendants in this matter.

2. Plaintiff brought suit to collect an Arbitration Award in the amount of $226,154.04.

3. The Award arises from a prior Arbitration Award that was allegedly issued in August 2005 as a result of a Collective Bargaining Agreement signed by an entity which filed for bankruptcy in 2003. Defendant Julian Borczyk also filed for bankruptcy (Chapter 7) in 2003.

4. The undersigned requires additional time to answer or otherwise plead in order to reseach various issues, including, but not limited to, the impact of the bankruptcy filngs by Julian Borczyk and the entity which had signed a Collective Bargaining Agreement with the Union in 2002 and to collect and review correspondence and Awards that have been issued in the last five years.

5. The undersigned contacted Plaintiff's attorney, Barry M. Bennett, to determine if he had any

objection to this Motion, but he is out of the office today.

      6.     A status hearing is currently set for August 14, 2008.

WHEREFORE, the Defendants, JULIAN MASONRY CORP., TITAN MASONRY, INC., JULIAN BORCZYK, and MALGORZATA GOSCIMINSKA , pray that this Honorable Court Extend the Deadline to Answer or Otherwise Plead to Plaintiff's Complaint from August 1, 2008 to August 18, 2008, to Reset the August 14, 2008 Status Hearing to August 21, 2008, and for such other relief deemed just and equitable.

                                          Respectfully submitted,

                                          JULIAN MASONRY CORP.

                                          By:    /s/ Joseph P. Berglund
                                                      One of Its Attorneys

Joseph P. Berglund
Kenneth M. Mastny
Berglund & Mastny, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523
(630) 990-0234

J:\C-Drive\WPDOCS\JULIAN MASONRY\D's Motion for Extension of Time 7 28 08.wpd