IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO | ) ) ) ) | |
| Plaintiffs, | ) ) | Judge Manning Magistrate Judge Schenkier |
| v. | ) ) | 08 CV 3833 |
| JULIAN MASONRY CORP., TITAN MASONRY, INC., JULIAN BORCZYK, and MALGORZATA GOSCIMINSKA | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To:   Barry M. Bennett
      Steven W. Jados
      Dowd, Bloch & Bennett
      8 S. Michigan Ave., Suite 1900
      Chicago, IL 60603

PLEASE TAKE NOTICE that on the 18th day of August, 2008, I filed electronically with the Clerk of the Court For The Northern District of Illinois *Defendant, Julian Masonry, Corp.'s, Answer to Complaint*, a copy of which is served electronically upon you.

By:  /s/ Joseph P. Berglund

One of the Defendants' Attorneys

Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
(630) 990-0234

## **CERTIFICATE OF SERVICE**

       I, the undersigned, declare under penalty of perjury under the laws of the United States of America that I served copies of this ***Notice of Filing*** and ***Answer to Complaint*** upon the above-mentioned individual(s) pursuant to ECF as to filing users on this 18th day of August, 2008.


                                                                                                                                      s/ Joseph P. Berglund


Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
(630) 990-0234

J:\C-Drive\WPDOCS\JULIAN MASONRY\Notice of Filing - Answer to Complaint - Julian Masonry.wpd