# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>JULIAN MASONRY CORP., TITAN MASONRY, INC., JULIAN BORCZYK, and MALGORZATA GOSCIMINSKA )<br>)<br>Defendant. ) | Judge Manning<br>Magistrate Judge Schenkier<br><br>08 CV 3833 |

## NOTICE OF FILING

To:  Barry M. Bennett
     Steven W. Jados
     Dowd, Bloch & Bennett
     8 S. Michigan Ave., Suite 1900
     Chicago, IL 60603

  PLEASE TAKE NOTICE that on the 18th day of August, 2008, I filed electronically with the Clerk of the Court For The Northern District of Illinois *Defendant, Malgorzata Gosciminska's, Answer to Complaint*, a copy of which is served electronically upon you.

                                                        By:  /s/ Joseph P. Berglund

                                                        One of the Defendants' Attorneys

Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
(630) 990-0234

**CERTIFICATE OF SERVICE**

       I, the undersigned, declare under penalty of perjury under the laws of the United States of America that I served copies of this *Notice of Filing* and *Answer to Complaint* upon the above-mentioned individual(s) pursuant to ECF as to filing users on this 18th day of August, 2008.

                                                                            s/ Joseph P. Berglund

Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
(630) 990-0234

J:\C-Drive\WPDOCS\JULIAN MASONRY\Notice of Filing - Answer to Complaint - Malgorzata Gosciminska.wpd