IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE ) <br> INTERNATIONAL UNION OF BRICKLAYERS ) <br> AND ALLIED CRAFTWORKERS, AFL-CIO ) <br>　　　　　　　　　　　　　　　　　　　　) <br>　　　　　　　Plaintiffs,　　　　　　　) <br>　　　　　　　　　　　　　　　　　　　　) <br>　　v.　　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　　　) <br> JULIAN MASONRY CORP., TITAN MASONRY, ) <br> INC., JULIAN BORCZYK, and MALGORZATA ) <br> GOSCIMINSKA　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　　　) <br>　　　　　　　Defendant.　　　　　　　) | Judge Manning <br> Magistrate Judge Schenkier <br><br> 08 CV 3833 |

**NOTICE OF FILING**

To:　Barry M. Bennett
　　　Steven W. Jados
　　　Dowd, Bloch & Bennett
　　　8 S. Michigan Ave., Suite 1900
　　　Chicago, IL 60603


　　　PLEASE TAKE NOTICE that on the 18th day of August, 2008, I filed electronically with the Clerk of the Court For The Northern District of Illinois *Defendant, Titan Masonry, Inc.'s, Answer to Complaint*, a copy of which is served electronically upon you.


　　　　　　　　　　　　　　　　　　　　　　　　By:　/s/ Joseph P. Berglund

　　　　　　　　　　　　　　　　　　　　　　　　One of the Defendants' Attorneys


Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
(630) 990-0234

**CERTIFICATE OF SERVICE**

      I, the undersigned, declare under penalty of perjury under the laws of the United States of America that I served copies of this *Notice of Filing* and *Answer to Complaint* upon the above-mentioned individual(s) pursuant to ECF as to filing users on this 18th day of August, 2008.

                                                                      s/ Joseph P. Berglund

Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
(630) 990-0234

J:\C-Drive\WPDOCS\JULIAN MASONRY\Notice of Filing - Answer to Complaint - Titan Masonry.wpd