UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Illinois District Council No. 1 of The International
Union of Bricklayers and Allied Craftworkers,
AFL−CIO

                        Plaintiff,

v.                                                  Case No.:
                                                1:08−cv−03833
                                                Honorable Blanche M.
                                                Manning

Julian Masonry Corp., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Status hearing held on 8/21/2008. The parties are directed to have a Rule 26(f) conference and submit a status report to chambers before 9/16/2008. Status hearing continued to 9/16/2008 at 11:00 A.M. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.